DONALD L. HYMES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Hymes v. Comm'r
Docket No. 39912-85
United States Tax Court
1987 U.S. Tax Ct. LEXIS 187; June 25, 1987, Decided Court determined deficiencies in income tax and additions to the tax due from the petitioner. *187 Julian Jacobs, Judge. Julian I. Jacobs
DECISION
Pursuant to agreement of the parties in this case, it is
ORDERED and DECIDED: That there are deficiencies in income tax and additions to the tax due from the petitioner as follows:
DEFICIENCIES
TAX
ADDITIONS TO TAX
YEAR
INCOME TAX
§ 6651
§ 6653(a)(1)
§ 6654
1977
$ 979.00
None  $ None $ -
1979
None  None  None -
1980
1,871.00
$ 464.00
94.00 118.00
1981
4,764.00
940.00
238.00 257.00
1982
2,827.00
707.00
141.000
251.00
IT IS FURTHER ORDERED and DECIDED: That for purposes of computing the interest due from the petitioner under the provisions of I.R.C. § 6653(a)(2), such interest shall be computed on $ 3,759.00 and $ 2,827.00 of the underpayments of tax for the taxable years 1981 and 1982, respectively; and
That petitioner is not entitled to an award of costs and fees pursuant to the provisions of I.R.C. § 7430.
Julian Jacob
Judge.
Entered: JUN 25 1987
ATTACHMENT
It is hereby stipulated that the Court may order the foregoing decision in the above-entitled case.
It is further *188 stipulated that there are prepayment credits as follows:
PREPAYMENT CREDITS
TAXABLE YEAR
WITHHOLDING
FICA
TOTAL
1977
# 3,665.00
$ 183.00
$ 3,848.00
1979
375.00
None 375.00
1980
16.00
None 16.00
1981
423.00
582.00
1,005.00
1982
None  None None  It is further stipulated that the deficiencies for the taxable years 1977, 1979, 1980 and 1981 were computed without considering the prepayment credits of $ 3,848.00, $ 375.00, $ 16.00 and $ 1,005.00, respectively.
It is further stipulated that claims for credit or refund of overpayments in the amounts of $ 2,869.00 and $ 375.00 for the taxable years 1977 and 1979, respectively, are barred by the statute of limitations provisions of I.R.C. § 6511.
It is further stipulated that, effective upon the entry of the decision by the Court, petitioner waives the restriction contained in I.R.C. § 6213 prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court has become final.
WILLIAM F. NELSON
Chief Counsel
Internal Revenue Service
DONALD L. HYMES
Petitioner
2340 Ravenwood *189 Avenue
Fairbanks, Alaska 99701
By:
JAMES A. NELSON
District Counsel
Internal Revenue Service
949 E. 36th Avenue
Anchorage, Alaska 99508
(907) 261-4470
Dated: June 10, 1987
Dated: 6/15/87